# In the United States Court of Federal Claims

No. 19-1907L
(E-Filed: January 6, 2020)

|  |  |
|---|---|
| TCHOU TCHOUMA TCHOUPITOULAS NATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On December 13, 2019, plaintiff filed a complaint in this court pro se and without a filing fee. Before proceeding any further with this case, plaintiff must retain counsel to represent it in this matter because plaintiff is an entity, not an individual. See Rule 83.1 of the Rules of the United States Court of Federal Claims (RCFC) (stating that "[a]n individual who is not an attorney may represent oneself or a member of one's immediate family, but may not represent a corporation, an entity, or any other person in any proceeding before this court"). Additionally, plaintiff must pay all required filing fees.

The court shall stay this matter to allow plaintiff the opportunity to address these procedural matters. Failure to comply with these requirements may result in this action being dismissed without prejudice for failure to prosecute under RCFC 41.

Accordingly, the clerk's office is directed to **STAY** this matter until further order of the court. On or before **March 4, 2020**, plaintiff shall **FILE** a **motion to substitute counsel**, pursuant to RCFC 83.1(c)(4)(A). Absent the filing of a motion to substitute, plaintiff shall **FILE** a **joint status report** indicating the status of plaintiff's requirement to retain counsel, on or before **March 4, 2020**.

IT IS SO ORDERED.

/s/ Patricia Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge