ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TCHOU TCHOUMA TCHOUPITOULAS NATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. 19-1907 C<br>Judge Campbell-Smith |

### NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Miles K. Karson_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

> Miles K. Karson
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> United States Department of Justice
> PO Box 480
> Ben Franklin Station
> Washington, D.C. 20044

*(signature)*

Miles K. Karson

Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0309
Facsimile: (202) 353-0461
Email: Miles.Karson@usdoj.gov

Dated: January 13, 2020

RECEIVED
DOJ COURIER
JAN 13 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 13th day of January 2020, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

> TCHOU TCHOUMA TCHOUPITOULAS NATION
> HVISHI OPA LUKSI, TRIBAL CHIEF
> 1527 Gause Blvd. #293
> Slidell, Louisiana 70458

_____
Miles K. Karson