LEGALLY INTERESTED PARTY(S):
 M.D.N.M.- Human Rights Violations and Records/I.C.J.- U.N.
ICC- Resolution adopted by General Assembly 60/NAAIP
U.S. Department of Justice: Office of the Atty. General
U.S. Deparment of Interior
Tchou Tchouma Tchoupitoulas Nation:
Hvishi Opa Luksi, Tribal Chief
   c/o: 1527 Gause Blvd.  #293
      Slidell Louisiana U.S.A.
Real Land: Tchou Tchouma Tchoupitoulas National Territory
U.C.C. 1-103, 1-308, 9-311

IN THE U.S. FEDERAL CLAIMS COURT
717 Madison Pl NW, Washington, DC 20439

| Tchou Tchouma Tchoupitoulas Nation<br><br>Claimant,<br><br><br>Vs.<br><br><br><br>UNITED STATES,<br>a Federal Government Body Corporate.<br><br>Respondents | Indian Territory 18 U.S.C.1151, 8 USC 1401(b)<br>42 USC 1981, 18 USC 241, 242<br><br><br><br>**Case No.: <u>1:19-cv-01907-PEC</u>**<br>Judge Patricia E. Campbell-Smith<br><br><br><br>Fourteenth Amendments; U.S.C. Article VI<br>Universal Declaration of Human Rights &<br>Rights of Indigenous Peoples/ U.N.D.R.I.P./<br>A.D.R.I.P., ILO 169 Indigenous and<br>Tribal Peoples<br>Convention, 1989, Foreign Sovereignty<br>Immunities Act 28 USC 1601, The International<br>Covenant of Civil &Political Rights |
|---|---|

## OBJECTION TO THE STAY OF PROCEEDINGS / NOTICE OF SPECIAL APPEARANCE

**I Shikoba-Hatukchaya: Luksi am past the age of maturity to make this affidavit and the facts herein and am mentally competent to make this Official Affidavit of Facts for the Record. I Shikoba-Hatukchaya: Luksi have personal knowledge of the facts in this affidavit.**

RECEIVED - USCFC
JAN 2 1 2020

## AFFIDAVIT OF FACT
Page 1 of 3

MY HONORS, COMES NOW, Shikoba-Hatukchaya: Luksi, of the N.A.A.I.P., Plenary Authorization No. 713510999, with contractual fiduciary responsibilities to the TCHOU TCHOUMA TCHOUPITOULAS NATION, specially appearing with letter of assignment, to present the VERIFIED CLAIM against the UNITED STATES for case no. 1:19-cv-01907-PEC and to OBJECT TO THE ORDER FOR STAY; moving this Court and the Clerk of the Court, to serve all parties involved immediately, to expedite the return of the property needed as evidence in the state proceedings. To stay this case would enable the UNITED STATES, by and through D.O.J. and F.B.I., public body corporate entities, to further obstruct justice, as is occurring presently in the state proceedings.

Affiant, by: _Shikoba Hatukchaya Luksi_
          NAAIP Member No. 713510999
          Shikoba Hatukchay Luksi, Plenary Trustee
     c/o: 1527 Gause Boulevard #293
          Slidell Louisiana USA [ZIP EXEMPT]
      De Jure Soli, Sanguinis, Coronea
          Without Prejudice; U.C.C. 1-207/1-308, 1-103, 9-311
          TCHOU TCHOUMA TCHOUPITOULAS NATION
          shikoba.a.luksittt@gmail.com
          504-756-2380

## JURAT

**State of Louisiana** )
)ss
**County Of** ORLEANS )

Subscribed and sworn to before agent Louis A. Gerdes Jr., a notary public in and for the County of ORLEANS, State of Louisiana, on this 15, day of JANUARY 20 2019 by Shikoba Hatukchaya Luksi, who proved to this agent on the basis of satisfactory evidence that Shikoba Hatukchaya Luksi executes the within document, and swears, and declares that Shikoba Hatukchaya Luksi autographs said within document in capacity of being the living principal, attorney in fact, and authorized representative.

WITNESS my hand and official seal.

LOUIS A. GERDES, JR.
NOTARY NO. 23800

Tchou Tchouma Tchoupitoulas Nation
c/o 1527 Gause Boulevard #293
Slidell, Louisiana Rep. USA [ZIP EXEMPT]
18 USC 1151



Clerk, U.S. Federal Claims Court
717 Madison Pl. NW
Washington, D.C. 20439



RECEIVED
JAN 21 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS