LEGALLY INTERESTED PARTY(S):
 M.D.N.M.- Human Rights Violations and Records/I.C.J.- U.N.
ICC- Resolution adopted by General Assembly 60/NAAIP
U.S. Deparment of Interior
Tchou Tchouma Tchoupitoulas Nation:
Hvishi Opa Luksi, Tribal Chief
   c/o: 1527 Gause Blvd. #293
      Slidell Louisiana U.S.A.
Real Land: Tchou Tchouma Tchoupitoulas National Territory

IN THE U.S. FEDERAL CLAIMS COURT
717 Madison Pl NW, Washington, DC 20439

| Tchou Tchouma Tchoupitoulas Nation [Choctaw People of the River]<br><br>Claimant,<br><br><br>Vs.<br><br><br><br><br>UNITED STATES,<br>a Federal Government Body Corporate.<br><br>Respondents | Indian Territory 18 U.S.C.1151, 8 USC 1401(b) 42 USC 1981, 18 USC 241, 242<br><br><br><br>**Case No.: 1:19-cv-01907-PEC**<br>Judge Patricia E. Campbell-Smith<br><br><br>Fourteenth Amendments; U.S.C. Article VI Universal Declaration of Human Rights & Rights of Indigenous Peoples/ U.N.D.R.I.P./ A.D.R.I.P., ILO 169 Indigenous and Tribal Peoples Convention, 1989, Foreign Sovereignty Immunities Act 28 USC 1601, The International Covenant of Civil &Political Rights |
|---|---|

## FIDUCIARY ASSIGNMENT FOR PLENARY PROTECTION TO THE N.A.A.I.P. PER CONTRACTUAL AGREEMENT

Fiduciary Assignment By:
   Tchou Tchouma Tchoupitoulas , by and through,
   Hvishi Opa Luksi, Chief, Tribal Trustee
   chieftesshvishi@gmail.com
   504-405-1727
c/o: 1527 Gause Blvd. #293
   Slidell Louisiana U.S.A.
   Real Land: Turtle Island/Tchou Tchouma Tchoupitoulas National Territory
   U.C.C. 1-103, 1-308, 9-311, 18 USC 1151(b)

RECEIVED - USCFC
JAN 21 2020

I, Hvishi Opa Luksi, Principal Chief of the TCHOU THOUMA TCHOUPITOULAS NATION[Choctaw People Of The River], at 1527 GAUSE BLVD #293 Slidell Louisiana Republic; hereby assign the N.A.A.I.P. with Plenary Power Of Attorney and appoint Shikoba Hatukchaya Luksi, N.A.A.I.P. Member No. 713510999, as Fiduciary and Attorney-In-Fact, to present all pleadings and exhibits in this VERIFIED CLAIM Case No. 1:19-cv-01907-PEC

_____, Assignor
Chief Hvishi Opa Luksi
1527 Gause Boulevard #293
Slidell Louisiana Republic
18 USC 1151 [ZIP EXEMPT]

_____, Assignee
Shikoba Hatukchaya Luksi/NAAIP#713510999
1527 Gause Boulevard #293
Slidell Louisiana Republic
18 USC 1151 [ZIP EXEMPT]

## JURAT

**State of Louisiana**       )
                             )ss
**County Of** _ORLeAns_      )

**Subscribed and sworn to before agent** _Louis A. Gerdes Jr._ , a notary public in and for the County of _ORLeAnS_ , State of Louisiana, on this _15_ , day of _JANUARY_ _20_ 2019 by Shikoba Hatukchaya Luksi, who proved to this agent on the basis of satisfactory evidence that Shikoba Hatukchaya Luksi executes the within document, and swears, and declares that Shikoba Hatukchaya Luksi autographs said within document in capacity of being the liv-ing principal, attorney in fact, and authorized representative.

WITNESS my hand and official seal.

*[Signature]*

LOUIS A. GERDES, JR
NOTARY NO. 23800

Tchou Tchouma Tchoupitoulas Nation
c/o 1527 Gause Boulevard #293
Slidell, Louisiana Rep. USA [ZIP EXEMPT]
18 USC 1151



CERTIFIED MAIL
7018 2290 0001 7178 5976



U.S. POSTAGE PAID
FCM LG ENV
NEW ORLEANS, LA
70113
JAN 15, 20
AMOUNT
$7.45
R2304H108528-36

Clerk, U.S. Federal Claims Court
717 Madison Pl. NW
Washington, D.C. 20439



RECEIVED
JAN 21 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS